**Bernardino GABRIEL–PEREZ; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71817.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 1, 2012.

Nathan Menta Zaslow, Law Office of Nathan Zaslow, San Jose, CA, for Petitioners.

Nancy Canter, OIL, Shelley Goad, Assistant Director, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Bernardino Gabriel–Perez, Venancia Perez De Gabriel and Eduardo Gabriel–Perez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order denying their motion to reopen proceedings based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Ghahremani v. Gonzales,* 498 F.3d 993, 997 (9th Cir.2007), we deny the petition for review.

The agency did not abuse its discretion in denying petitioners' motion to reopen because the motion was filed nearly five years after their deportation order became final, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to establish that they acted with the due diligence required for equitable tolling, *see Iturribarria v. INS,* 321 F.3d 889, 897 (9th Cir.2003) (equitable tolling available "when a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.